**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-151-640**

**Effective Date of Registration:**
October 26, 2018

## Title

**Title of Work:** Skull Shaped Die

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 13, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Nicholas Alexander Damario
  **Author Created:** sculpture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Nicholas Alexander Damario
46 Fletcher Rd, Enfield, CT, 06082, United States

## Rights and Permissions

**Name:** Nicholas Alexander Damario
**Email:** ndamario@gmail.com
**Telephone:** (407)666-9700
**Address:** 46 Fletcher Rd
Enfield, CT 06082 United States

## Certification

**Name:** Nicholas Alexander Damario
**Date:** October 19, 2018

